UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| O.D., individually and on behalf of A.D., a minor with a disability,<br><br>                          Plaintiffs,<br><br>                    v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION and CHANCELLOR MELISSA AVILES-RAMOS, in her official capacity,<br><br>                        Defendants. | No. 25-CV-3377 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:   April 25, 2025
              New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge